EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:  | 2025 TSPR 134 |
|---|---|
| Julio C. Aponte Rivera | 216 DPR ___ |

Número del Caso:  TS-16,498

Fecha:  5 de diciembre de 2025

Representante legal del peticionario:

    Lcdo. Luis E. Miñana Rodríguez-Feo

Materia:  Reinstalación al ejercicio de la abogacía.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Julio C. Aponte Rivera                    TS-16,498

RESOLUCIÓN

En San Juan, Puerto Rico, a 5 de diciembre de 2025.

Evaluada la *Moción en cumplimiento y solicitando reinstalación* presentada por el Sr. Julio C. Aponte Rivera el 24 de noviembre de 2025, se ordena la reinstalación del licenciado Aponte Rivera en el ejercicio de la abogacía.

Se le ordena al Secretario del Tribunal registrar el cambio de estatus a abogado activo en el Registro Único de Abogados y Abogadas de Puerto Rico (RUA).

Publíquese.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo